## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| CIRAFICI, VITO | ) | |
| | ) | CASE NO. 10-36271 BL |
| | ) | |
| | ) | JUDGE Bruce W. Black(Joliet) |
| Debtor(s) | ) | |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   HONORABLE Bruce W. Black
      BANKRUPTCY JUDGE

NOW COMES MICHAEL G. BERLAND, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,036.03 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $4,144.11.  Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% of first $5,000.00 | $ | 1,036.03 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $ | 0.00 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $ | 0.00 | ($47,500.00 maximum) |
| 3% of balance | $ | 0.00 | |
| | | | |
| TOTAL COMPENSATION | $ | 1,036.03 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                    $_____0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: February 9, 2011                    /s/ Michael G. Berland
                                           MICHAEL G. BERLAND, Trustee
                                           1 NORTH LASALLE STREET
                                           STE 1775
                                           CHICAGO, IL 60602

1 payment, transmission of deposit slips and check to Chase Bank, and maintenance of cash receipt log...........................1.0

Review of schedules before first meeting, including pay stubs and tax returns. Conduct first meeting of creditor and discover unscheduled fraudulent conveyance............................0.70

Review of 5 bank statements, reconcile and approve same (0.20).......................................................3.60

Preparation of 2 letters, emails and fax memorandums during administration of case to  collect accounts receivable (.03) ........................................................0.60

Review of 2 letters written during the course of the administration of the estate in connection with obtaining assets and tax return(0.2).........................................0.40

Prepare 1 annual report to UST for this case...............0.30

Estimated: Prepare and file Final Report, gather attachments for UST review, and review all claims and file final Reports and exhibits electronically........... .........................3.00

Estimated: Appearance in court in Joliet for hearing on Final Report. Prepare and send checks to creditors with letters. Prepare Final Account when all checks have cleared and file same with the United States Trustees Office and then file with bankruptcy court.............................................5.00

Trustee fee: $1036.03