UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: CIRAFICI, VITO | § | Case No. 10-36271 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 04/15/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 03/08/2011          By: /s/ Michael G. Berland
                                         Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: CIRAFICI, VITO | § | Case No. 10-36271 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,144.11 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 4,144.11 |
| **Balance on hand:** | $ 4,144.11 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,144.11 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 1,036.03 | 0.00 | 1,036.03 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,036.03 |
| Remaining balance: | $ 3,108.08 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 3,108.08 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,108.08

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,438.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Target National Bank | 4,899.12 | 0.00 | 1,133.04 |
| 2 | Chase Bank USA, N.A. | 1,462.16 | 0.00 | 338.16 |
| 3 | Chase Bank USA, N.A. | 3,677.94 | 0.00 | 850.61 |
| 4 | Smith Physical Therapy | 749.16 | 0.00 | 173.26 |
| 5 | Chase Bank USA,N.A | 375.90 | 0.00 | 86.94 |
| 6 | American Infosource Lp As Agent for T-Mobile | 209.57 | 0.00 | 48.47 |
| 7 | GE Money Bank c/o Recovery Management | 1,644.87 | 0.00 | 380.41 |
| 8 | GE Money Bank c/o Recovery Management | 420.24 | 0.00 | 97.19 |

Total to be paid for timely general unsecured claims: $ 3,108.08
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                              United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                                Case No. 10-36271-BWB
Vito Cirafici                                                         Chapter 7
       Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0752-1           User: dwilliams              Page 1 of 1                  Date Rcvd: Mar 10, 2011
                               Form ID: pdf006              Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2011.
db           +Vito Cirafici,    1314 Broadlawn Drive,    Plainfield, IL 60586-5816
aty          +Kelly Smith,    Law Offices of Stuart B. Handelman, P.C.,    200 S. Michigan Avenue,   Suite 1215,
               Chicago, IL 60604-2431
tr           +Michael G Berland,    1 N LaSalle St,   No.1775,    Chicago, IL 60602-4065
15991773     +Blitt & Gaines, P.C.,    661 Glenn Avenue,    Wheeling, IL 60090-6017
15991775      Chase,   PO Box 15153,    Wilmington, DE 19886-5153
16227210      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16300399     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
15991777     +KCA Financial Services, Inc.,    628 North Street,    P.O. Box 53,   Geneva, IL 60134-0053
15991779      Meijer Mastercard,    P.O. Box 960015,   Orlando, FL 32896-0015
15991780     +Provena St. Joseph Medical Ctr,    333 N. Madison Street,    Joliet, IL 60435-8233
15991781     +Samuel Deleon,    1314 Broadlawn Drive,   Plainfield, IL 60586-5816
15991782     +Smith Physical Therapy,    c/o Creditors Discount & Audit Co.,    415 E. Main Street, P.O. Box 213,
               Streator, IL 61364-0213
15991783     +Superior Asset Management Inc.,    18167 US Highway 19 N,    Clearwater, FL 33764-3528
15991784      T-Mobile (Chi),    P.O. Box 37380,   Albuquerque, NM 87176-7380
15991785     +Target National Bank,    C/O Weinstein & Riley PS,    2001 Western Ave Ste 400,
               Seattle, WA 98121-3132
15991787      Wells Fargo Home Mortgage Inc.,    P.O. Box 6423,    Carol Stream, IL 60197-6423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16495713      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 11 2011 00:14:42
               American Infosource Lp As Agent for,    T Mobile/T-Mobile USA Inc,   PO Box 248848,
               Oklahoma City, OK 73124-8848
15991774     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Mar 10 2011 22:36:46
               Capital One Auto Finance,    3901 Dallas Parkway,    Plano, TX 75093-7864
16523691      E-mail/PDF: gecsedi@recoverycorp.com Mar 11 2011 00:18:16     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15991778      E-mail/PDF: cr-bankruptcy@kohls.com Mar 11 2011 00:15:58     Kohl's,    P.O. Box 2983,
               Milwaukee, WI 53201-2983
15991786      E-mail/PDF: gecsedi@recoverycorp.com Mar 11 2011 00:18:16     Wal*Mart,    P.O. Box 530927,
               Atlanta, GA 30353-0927
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15991776     ##+Illinois Collection Service Inc.,    3101 W. 95th Street, Floor 2,    Evergreen Park, IL 60805-2407
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 12, 2011**               **Signature:**   _Joseph Speetjens_