**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CIRAFICI, VITO  §  Case No. 10-36271
 §
 §
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $201,206.00            Assets Exempt: $5,710.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,108.15      Claims Discharged
                                                Without Payment: $35,925.79

Total Expenses of Administration: $1,036.03

---

    3)  Total gross receipts of $    4,144.18    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $4,144.18 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $258,112.35 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,036.03 | 1,036.03 | 1,036.03 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,248.61 | 13,438.96 | 13,438.96 | 3,108.15 |
| **TOTAL DISBURSEMENTS** | $294,360.96 | $14,474.99 | $14,474.99 | $4,144.18 |

    4) This case was originally filed under Chapter 7 on August 13, 2010. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/20/2011    By: /s/MICHAEL G. BERLAND
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase Bank-Certficate of deposit | 1129-000 | 4,144.00 |
| Interest Income | 1270-000 | 0.18 |
| **TOTAL GROSS RECEIPTS** | | **$4,144.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage Inc. | 4110-000 | 258,112.35 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$258,112.35** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 1,036.03 | 1,036.03 | 1,036.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,036.03 | 1,036.03 | 1,036.03 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Target National Bank | 7100-000 | 4,630.64 | 4,899.12 | 4,899.12 | 1,133.06 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,462.16 | 1,462.16 | 338.17 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 3,531.78 | 3,677.94 | 3,677.94 | 850.63 |
| 4 | Smith Physical Therapy | 7100-000 | 749.00 | 749.16 | 749.16 | 173.27 |
| 5 | Chase Bank USA,N.A | 7100-000 | 1,332.21 | 375.90 | 375.90 | 86.94 |
| 6 | American Infosource Lp As Agent for T-Mobile | 7100-000 | 410.00 | 209.57 | 209.57 | 48.47 |
| 7 | GE Money Bank c/o Recovery Management | 7100-000 | N/A | 1,644.87 | 1,644.87 | 380.42 |
| 8 | GE Money Bank c/o Recovery Management | 7100-000 | N/A | 420.24 | 420.24 | 97.19 |
| NOTFILED | Provena St. Joseph Medical Ctr | 7100-000 | 592.00 | N/A | N/A | 0.00 |
| NOTFILED | Meijer Mastercard | 7100-000 | 358.48 | N/A | N/A | 0.00 |
| NOTFILED | KCA Financial Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | KCA Financial Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wal*Mart | 7100-000 | 1,505.94 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 340.68 | N/A | N/A | 0.00 |
| NOTFILED | Superior Asset Management Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Provena St. Joseph Medical Ctr | 7100-000 | 110.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Blitt & Gaines, P.C. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Service Inc. | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Auto Finance | 7100-000 | 22,547.88 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 36,248.61 | 13,438.96 | 13,438.96 | 3,108.15 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-36271  
**Case Name:** CIRAFICI, VITO  

**Period Ending:** 10/20/11

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 08/13/10 (f)  
**§341(a) Meeting Date:** 09/16/10  
**Claims Bar Date:** 12/17/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Chase Bank-Certficate of deposit | 7,998.00 | 290.00 | | 4,144.00 | FA |
| 2 | 1314 Broadlawn,Plainfield-scheduled | 199,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Bank of America checking-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Bank of America savings-scheduled | 31.00 | 0.00 | DA | 0.00 | FA |
| 5 | Chase Bank savings | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscelleneous cd-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | Clothing-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Firearm-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2002 Huyndai Sonata-scheduled | 725.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1dog-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.18 | Unknown |
| 12 | Assets    Totals (Excluding unknown values) | **$209,204.00** | **$290.00** | | **$4,144.18** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee liquidated a small interest in a certficate of deposit.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013     **Current Projected Date Of Final Report (TFR):**    December 31, 2013

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-36271  
**Case Name:** CIRAFICI, VITO  

**Taxpayer ID #:** **-***6025  
**Period Ending:** 10/20/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******31-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/05/10 | {1} | Vito Cirafici | Payment of non-exempt monesi in certficate of deposit | 1129-000 | 4,144.00 | | 4,144.00 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,144.02 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,144.05 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,144.08 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,144.11 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,144.14 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,144.17 |
| 04/13/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 4,144.18 |
| 04/13/11 | | To Account #9200******3166 | Transfer for prupose of final distirbution | 9999-000 | | 4,144.18 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,144.18 | 4,144.18 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,144.18 | |
| | | | **Subtotal** | | **4,144.18** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,144.18** | **$0.00** | |

{} Asset reference(s)

Printed: 10/20/2011 02:15 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-36271  
**Case Name:** CIRAFICI, VITO  
**Taxpayer ID #:** **-***6025  
**Period Ending:** 10/20/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******31-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/13/11 | | From Account #9200******3165 | Transfer for prupose of final distirbution | 9999-000 | 4,144.18 | | 4,144.18 |
| 04/21/11 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,036.03, Trustee Compensation; Reference: | 2100-000 | | 1,036.03 | 3,108.15 |
| 04/21/11 | 102 | Target National Bank | Dividend paid 23.12% on $4,899.12; Claim# 1; Filed: $4,899.12; Reference: | 7100-000 | | 1,133.06 | 1,975.09 |
| 04/21/11 | 103 | Chase Bank USA, N.A. | Dividend paid 23.12% on $1,462.16; Claim# 2; Filed: $1,462.16; Reference: | 7100-000 | | 338.17 | 1,636.92 |
| 04/21/11 | 104 | Chase Bank USA, N.A. | Dividend paid 23.12% on $3,677.94; Claim# 3; Filed: $3,677.94; Reference: | 7100-000 | | 850.63 | 786.29 |
| 04/21/11 | 105 | Smith Physical Therapy | Dividend paid 23.12% on $749.16; Claim# 4; Filed: $749.16; Reference: | 7100-000 | | 173.27 | 613.02 |
| 04/21/11 | 106 | Chase Bank USA,N.A | Dividend paid 23.12% on $375.90; Claim# 5; Filed: $375.90; Reference: | 7100-000 | | 86.94 | 526.08 |
| 04/21/11 | 107 | American Infosource Lp As Agent for T-Mobile | Dividend paid 23.12% on $209.57; Claim# 6; Filed: $209.57; Reference: | 7100-000 | | 48.47 | 477.61 |
| 04/21/11 | 108 | GE Money Bank c/o Recovery Management | Dividend paid 23.12% on $1,644.87; Claim# 7; Filed: $1,644.87; Reference: | 7100-000 | | 380.42 | 97.19 |
| 04/21/11 | 109 | GE Money Bank c/o Recovery Management | Dividend paid 23.12% on $420.24; Claim# 8; Filed: $420.24; Reference: | 7100-000 | | 97.19 | 0.00 |

|   |   |   |
|---|---|---|
| **ACCOUNT TOTALS** | 4,144.18 | 4,144.18 | $0.00 |
| Less: Bank Transfers | 4,144.18 | 0.00 | |
| **Subtotal** | 0.00 | 4,144.18 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $4,144.18 | |

Net Receipts : 4,144.18  
Net Estate : $4,144.18

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******31-65** | 4,144.18 | 0.00 | 0.00 |
| **Checking # 9200-******31-66** | 0.00 | 4,144.18 | 0.00 |
| | $4,144.18 | $4,144.18 | $0.00 |

{} Asset reference(s)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CIRAFICI, VITO § Case No. 10-36271
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $201,206.00<br>*(without deducting any secured claims)* | Assets Exempt: $5,710.00 |
| Total Distribution to Claimants: $3,108.15 | Claims Discharged<br>Without Payment: $35,925.79 |
| Total Expenses of Administration: $1,036.03 | |

3) Total gross receipts of $ 4,144.18 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,144.18 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $258,112.35 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,036.03 | 1,036.03 | 1,036.03 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,248.61 | 13,438.96 | 13,438.96 | 3,108.15 |
| **TOTAL DISBURSEMENTS** | $294,360.96 | $14,474.99 | $14,474.99 | $4,144.18 |

4) This case was originally filed under Chapter 7 on August 13, 2010. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/20/2011      By: /s/MICHAEL G. BERLAND
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase Bank-Certficate of deposit | 1129-000 | 4,144.00 |
| Interest Income | 1270-000 | 0.18 |
| **TOTAL GROSS RECEIPTS** | | **$4,144.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage Inc. | 4110-000 | 258,112.35 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$258,112.35** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 1,036.03 | 1,036.03 | 1,036.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,036.03 | 1,036.03 | 1,036.03 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| | TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Target National Bank | 7100-000 | 4,630.64 | 4,899.12 | 4,899.12 | 1,133.06 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,462.16 | 1,462.16 | 338.17 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 3,531.78 | 3,677.94 | 3,677.94 | 850.63 |
| 4 | Smith Physical Therapy | 7100-000 | 749.00 | 749.16 | 749.16 | 173.27 |
| 5 | Chase Bank USA,N.A | 7100-000 | 1,332.21 | 375.90 | 375.90 | 86.94 |
| 6 | American Infosource Lp As Agent for T-Mobile | 7100-000 | 410.00 | 209.57 | 209.57 | 48.47 |
| 7 | GE Money Bank c/o Recovery Management | 7100-000 | N/A | 1,644.87 | 1,644.87 | 380.42 |
| 8 | GE Money Bank c/o Recovery Management | 7100-000 | N/A | 420.24 | 420.24 | 97.19 |
| NOTFILED | Provena St. Joseph Medical Ctr | 7100-000 | 592.00 | N/A | N/A | 0.00 |
| NOTFILED | Meijer Mastercard | 7100-000 | 358.48 | N/A | N/A | 0.00 |
| NOTFILED | KCA Financial Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | KCA Financial Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wal*Mart | 7100-000 | 1,505.94 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 340.68 | N/A | N/A | 0.00 |
| NOTFILED | Superior Asset Management Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Provena St. Joseph Medical Ctr | 7100-000 | 110.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Blitt & Gaines, P.C. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Service Inc. | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Auto Finance | 7100-000 | 22,547.88 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 36,248.61 | 13,438.96 | 13,438.96 | 3,108.15 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-36271  
**Case Name:** CIRAFICI, VITO  
**Period Ending:** 10/20/11

**Trustee:** (520196)    MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 08/13/10 (f)  
**§341(a) Meeting Date:** 09/16/10  
**Claims Bar Date:** 12/17/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Chase Bank-Certficate of deposit | 7,998.00 | 290.00 | | 4,144.00 | FA |
| 2 | 1314 Broadlawn,Plainfield-scheduled | 199,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Bank of America checking-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Bank of America savings-scheduled | 31.00 | 0.00 | DA | 0.00 | FA |
| 5 | Chase Bank savings | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscelleneous cd-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | Clothing-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Firearm-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2002 Huyndai Sonata-scheduled | 725.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1dog-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.18 | Unknown |
| 12 | Assets    Totals (Excluding unknown values) | **$209,204.00** | **$290.00** | | **$4,144.18** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee liquidated a small interest in a certficate of deposit.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013      **Current Projected Date Of Final Report (TFR):**    December 31, 2013

Printed: 10/20/2011 02:16 PM     V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-36271 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | CIRAFICI, VITO | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******31-65 - Money Market Account |
| Taxpayer ID #: | **-***6025 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/20/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/05/10 | {1} | Vito Cirafici | Payment of non-exempt monesi in certficate of deposit | 1129-000 | 4,144.00 | | 4,144.00 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 4,144.02 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,144.05 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,144.08 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,144.11 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,144.14 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,144.17 |
| 04/13/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.01 | | 4,144.18 |
| 04/13/11 | | To Account #9200******3166 | Transfer for prupose of final distirbution | 9999-000 | | 4,144.18 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,144.18 | 4,144.18 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,144.18 | |
| | | | Subtotal | | 4,144.18 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,144.18 | $0.00 | |

{} Asset reference(s)                                                                                                       Printed: 10/20/2011 02:16 PM    V.12.57

Exhibit 9

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-36271  
**Case Name:** CIRAFICI, VITO  
**Taxpayer ID #:** **-***6025  
**Period Ending:** 10/20/11  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******31-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/13/11 | | From Account #9200******3165 | Transfer for prupose of final distirbution | 9999-000 | 4,144.18 | | 4,144.18 |
| 04/21/11 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,036.03, Trustee Compensation; Reference: | 2100-000 | | 1,036.03 | 3,108.15 |
| 04/21/11 | 102 | Target National Bank | Dividend paid 23.12% on $4,899.12; Claim# 1; Filed: $4,899.12; Reference: | 7100-000 | | 1,133.06 | 1,975.09 |
| 04/21/11 | 103 | Chase Bank USA, N.A. | Dividend paid 23.12% on $1,462.16; Claim# 2; Filed: $1,462.16; Reference: | 7100-000 | | 338.17 | 1,636.92 |
| 04/21/11 | 104 | Chase Bank USA, N.A. | Dividend paid 23.12% on $3,677.94; Claim# 3; Filed: $3,677.94; Reference: | 7100-000 | | 850.63 | 786.29 |
| 04/21/11 | 105 | Smith Physical Therapy | Dividend paid 23.12% on $749.16; Claim# 4; Filed: $749.16; Reference: | 7100-000 | | 173.27 | 613.02 |
| 04/21/11 | 106 | Chase Bank USA,N.A | Dividend paid 23.12% on $375.90; Claim# 5; Filed: $375.90; Reference: | 7100-000 | | 86.94 | 526.08 |
| 04/21/11 | 107 | American Infosource Lp As Agent for T-Mobile | Dividend paid 23.12% on $209.57; Claim# 6; Filed: $209.57; Reference: | 7100-000 | | 48.47 | 477.61 |
| 04/21/11 | 108 | GE Money Bank c/o Recovery Management | Dividend paid 23.12% on $1,644.87; Claim# 7; Filed: $1,644.87; Reference: | 7100-000 | | 380.42 | 97.19 |
| 04/21/11 | 109 | GE Money Bank c/o Recovery Management | Dividend paid 23.12% on $420.24; Claim# 8; Filed: $420.24; Reference: | 7100-000 | | 97.19 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,144.18 | 4,144.18 | **$0.00** |
| Less: Bank Transfers | 4,144.18 | 0.00 | |
| **Subtotal** | 0.00 | 4,144.18 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$4,144.18** | |

Net Receipts : 4,144.18  
Net Estate : $4,144.18

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******31-65 | 4,144.18 | 0.00 | 0.00 |
| Checking # 9200-******31-66 | 0.00 | 4,144.18 | 0.00 |
| | **$4,144.18** | **$4,144.18** | **$0.00** |

{} Asset reference(s)

Printed: 10/20/2011 02:16 PM   V.12.57